**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

YOSMAN COA VELASCO,

Petitioner

v.

DHS, et al.,

Respondents

Case No.: 2:26-cv-02035-APG-DJA

**Order Granting First Amended Petition, Motion to Extend Time, and Motion to Seal**

[ECF Nos. 7, 8, 9]

Petitioner Yosman Coa Velasco is a noncitizen who has been held in custody by Immigration and Customs Enforcement (ICE) since April 2026 without receiving an initial custody determination or a bond hearing. ECF No. 8 at 2, 4-5. He filed a petition for a writ of habeas corpus seeking his release or alternatively a bond hearing. *Id.* The respondents filed a "Non-Opposition to Petitioner's First Amended Petition" and stating that they "do not oppose that Petitioner be afforded a bond redetermination hearing." ECF No. 11 at 1. The respondents did not otherwise respond to the petition, including Velasco's request for release. I therefore grant the petition as unopposed and order his release.

I THEREFORE ORDER respondent John Mattos to release petitioner Yosman Coa Velasco from the custody of CoreCivic on Friday, August 21, 2026 no later than 1:00 p.m. The respondents must transport Velasco to 501 Las Vegas Blvd. South, Las Vegas, Nevada that same day. The respondents must advise Velasco's counsel of the estimated time of release for coordination purposes at least one hour before he is released.

I FURTHER ORDER that the respondents return all of Velasco's personal property to him upon his release.

I FURTHER ORDER that the respondents may not re-detain Velasco during the pendency of his current removal proceedings without a pre-deprivation, individualized hearing to determine whether detention is appropriate, pursuant to 8 C.F.R. § 236.1(d)(1).

I FURTHER ORDER that respondents are PERMANTENTLY ENJOINED from denying Velasco the ability to be released on bond on the basis that he is subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

I FURTHER ORDER that petitioner Yosman Coa Velasco's unopposed motion to extend time **(ECF No. 7) is GRANTED**.

I FURTHER ORDER that petitioner Yosman Coa Velasco's motion to seal his presentence investigation report from state court criminal proceedings **(ECF No. 9) is GRANTED**.

I FURTHER ORDER the clerk of court to close this case.

DATED this 20th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE